No. 1229. Figueroa, Plaintiff and Respondent, v. Fernández, Defendant and Appellant.—Appeal from the District Court of Guayama in an action of ejectment and for damages. Motion by respondent for dismissal of the appeal. Decided November 5, 1914. Appeal dismissed for non-compliance with section 299 of the Code of Civil Procedure as

amended by Act. No. 70 of March 9, 1911. *Messrs. C. Domínguez Rubio* and *Francisco Navarro Ortíz* for the respondent. *Mr. Benigno Fernández García* for the appellant.